# UNITED STATES DISTRICT COURT
## Eastern District of Texas
## Sherman Division

| | |
|---|---|
| Robert Stafford, § | |
| § | |
| Plaintiff, § | |
| § | CA No.: 4:21-cv-184 |
| § | Judge Mazzant |
| v. § | |
| § | Class Action |
| Livefree Emergency Response, Inc. § | Jury Demanded |
| d/b/a Life Beacon § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

The parties notify the Court that the parties have reached a settlement. The parties request that the parties be given 30 days to complete the paperwork and file a stipulation of dismissal.

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
       Chris R. Miltenberger
       Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

/s/ Bryan P. Stevens
Bryan P. Stevens
Texas State Bar No. 24051387

bstevens@hallettperrin.com
David M. Hammack
Texas State Bar No. 24092476
dhammack@hallettperrin.com

HALLETT & PERRIN
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

ATTORNEYS FOR DEFENDANT
LIVEFREE EMERGENCY RESPONSE,
INC. D/B/A LIFEBEACON

## Certificate of Service

  The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

            By:  */s/ Chris R. Miltenberger*
                Chris R. Miltenberger