# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| Robert Stafford, | § |
| | § |
| Plaintiff, | § |
| | §   CA No.: 4:21-cv-184 |
| | §   Judge Mazzant |
| v. | § |
| | §   Class Action |
| Livefree Emergency Response, Inc. | §   Jury Demanded |
| d/b/a Life Beacon | § |
| | § |
| Defendant. | § |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

1. Plaintiff Robert Stafford and Defendant Livefree Emergency Response, Inc. d/b/a Life Beacon, and their counsel file this agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff and Defendant move to dismiss the suit. All parties who have appeared in this lawsuit agree to the dismissal.

3. This case was filed as a class action, but the class was never certified.

4. A receiver has not been appointed in this case.

5. Neither party has previously dismissed any federal or state court suit based on or including the same claims as those presented in this case

6. This dismissal is with prejudice.

7. Stipulation agreed on October 4, 2021.

Respectfully submitted,

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas Bar Number: 14171200

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

/s/ Bryan P. Stevens
Bryan P. Stevens
Texas State Bar No. 24051387

bstevens@hallettperrin.com
David M. Hammack
Texas State Bar No. 24092476
dhammack@hallettperrin.com

HALLETT & PERRIN
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

ATTORNEYS FOR DEFENDANT
LIVEFREE EMERGENCY RESPONSE,
INC. D/B/A LIFEBEACON

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: _/s/ Chris R. Miltenberger_
Chris R. Miltenberger