# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| Robert Stafford, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Livefree Emergency Response, Inc. § <br> d/b/a Life Beacon § <br> § <br> Defendant. § | § <br> § <br> § <br> § Civil Action No.: 4:21-cv-184 <br> § Judge Mazzant <br> § Jury Demanded <br> § <br> § <br> § <br> § <br> § |

## ORDER OF DISMISSAL

Came on to be considered this day the Joint Stipulation of Dismissal with Prejudice (Dkt. #19) jointly filed in this cause by Plaintiff Robert Stafford ("Plaintiff") and Defendant Livefree Emergency Response, Inc. d/b/a Life Beacon (collectively, the "Parties"). After considering the Joint Stipulation of Dismissal with Prejudice, and the agreement of the Parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant are hereby dismissed with prejudice and the entirety of Defendant's claims against Plaintiff are hereby dismissed with prejudice. Costs are taxed against the party incurring the same.

All relief not previously granted is hereby DENIED.

The Clerk is directed to CLOSE this civil action.
**SIGNED this 8th day of October, 2021.**

_____
AMOS L. MAZZANT